AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MICHELLE ANDRIZZI, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>23ANDME, INC.,<br><br>*Defendant(s)* | Civil Action No. 5:23-cv-5198 VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  23andMe, Inc.
                                      223 North Mathilda Avenue
                                      Sunnyvale, California 94086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Mark B. Busby

Date: 10/12/23

*Signature of Clerk or Deputy Clerk*